HONORABLE BENJAMIN H. SETTLE

MICHAEL E. McFARLAND, JR., #23000
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
Attorneys for Defendants Adna School District
and Cristina Parks

IN UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| P.S., individually, | |
| Plaintiff, | Cause No. 3:23-cv-06026-BHS |
| vs. | |
| ADNA SCHOOL DISTRICT, a public corporation; WILLIAM VEATCH, individually, SHANDA VEATCH, individually, CRISTINA PARKS, individually, and JOHN/JANE DOES 1-7, individually, | ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE |
| Defendants. | |

THIS MATTER, having come on for hearing on the parties Joint Motion to Extend Deadline, without oral argument, on November 15, 2024, and the Court having read and considered the records and filings herein and being otherwise fully advised in this matter:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants' Joint Motion to Extend Deadline is **GRANTED.** The rebuttal expert disclosure deadline as it relates only to supplemental and/or rebuttal opinions of Dr. Heavin and Dr. Freedman, is extended to December 20, 2024.

ORDER GRANTING JOINT MOTION
TO EXTEND DEADLINE - page 1

EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

DONE IN OPEN COURT/CHAMBERS this 22nd day of November, 2024.

By: _____
The Honorable Benjamin H. Settle

Presented by:

EVANS, CRAVEN & LACKIE, P.S.

By:        *s/ Michael E. McFarland, Jr.*
       MICHAEL E. McFARLAND, JR., #23000
       Attorneys for Defendant Adna SD

ORDER GRANTING JOINT MOTION
TO EXTEND DEADLINE - page 2

EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

# CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

***Counsel for Plaintiff***
Evan Fuller
Marta O'Brien
Email: efuller@connelly-law.com
Email: mobrien@connelly-law.com

***Counsel for Defendants William & Shanda Veatch***
Francis Floyd
Danielle Smith
Email: ffloyd@nwtrialattorneys.com
Email: dsmith@nwtrialattorneys.com

By:    *s/Michael E. McFarland, Jr.*
MICHAEL E. MCFARLAND, JR. #23000
Attorney for Def. Adna SD & Cristina Parks
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Suite 250
Spokane, Washington  99201
(509) 455-5200
(509) 455-3632 Facsimile
mmcfarland@ecl-law.com