HONORABLE BENJAMIN H. SETTLE

MICHAEL E. McFARLAND, JR., #23000
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
Attorneys for Defendants Adna School District
and Cristina Parks

### IN UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| P.S., individually,<br><br>      Plaintiff,<br><br>vs.<br><br>ADNA SCHOOL DISTRICT, a public corporation; WILLIAM VEATCH, individually, SHANDA VEATCH, individually, CRISTINA PARKS, individually, and JOHN/JANE DOES 1-7, individually,<br><br>      Defendants. | Cause No. 3:23-cv-06026-BHS<br><br>ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE RE EXPERT DEPOSITIONS |

THIS MATTER, having come on for hearing on the parties Joint Motion to Extend Deadline Re Expert Depositions, without oral argument, on December 23rd, 2024 and the Court having read and considered the records and filings herein and being otherwise fully advised in this matter:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants' Joint Motion to Extend Deadline Re Expert Depositions is **GRANTED.** The discovery deadline as it relates only to deposing Dr. Perez and Dr. Salitore is extended to January 10, 2025.

ORDER GRANTING JOINT MOTION
TO EXTEND DEADLINE RE EXPERT DEPOSITIONS - page 1

EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

1  DONE IN CHAMBERS this 23rd day of December, 2024.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

EVANS, CRAVEN & LACKIE, P.S.

By:     _s/ Michael E. McFarland, Jr._
        MICHAEL E. McFARLAND, JR., #23000
        Attorneys for Defendant Adna SD

ORDER GRANTING JOINT MOTION
TO EXTEND DEADLINE RE EXPERT DEPOSITIONS - page 2

# CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

***Counsel for Plaintiff***
Evan Fuller
Marta O'Brien
Email: efuller@connelly-law.com
Email: mobrien@connelly-law.com

***Counsel for Defendants William & Shanda Veatch***
Francis Floyd
Danielle Smith
Email: ffloyd@nwtrialattorneys.com
Email: dsmith@nwtrialattorneys.com


By:     *s/Michael E. McFarland, Jr.*
MICHAEL E. MCFARLAND, JR. #23000
Attorney for Def. Adna SD & Cristina Parks
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Suite 250
Spokane, Washington  99201
(509) 455-5200
(509) 455-3632 Facsimile
mmcfarland@ecl-law.com

ORDER GRANTING JOINT MOTION
TO EXTEND DEADLINE RE EXPERT DEPOSITIONS - page 3

EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632